NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER BOEHM,  )
 )
 Appellant,  )
 )
v.  )  Case No. 2D18-3633
 )
STATE OF FLORIDA,  )
 )
 Appellee.  )
_____ )

Opinion filed June 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; J. Frank Porter, Judge.

Christopher Boehm, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and SMITH, JJ., Concur.